**Judge Berman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROLLS-ROYCE MARINE (HELLAS) S.A.,

              Plaintiff,

- against -

CORINTHIAN MARITIME S.A., and
NAUTILUS GLORY NAVIGATION, S.A.,

              Defendants.
-------------------------------------------------------------------X

**07 CIV 8374**

ECF CASE



RECEIVED SEP 2 6 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

              NONE.

Dated: September 26, 2007
       New York, NY

              The Plaintiff,
              ROLLS-ROYCE MARINE (HELLAS) S.A.

              By: _____
              Kevin J. Lennon (KL 5072)
              Charles E. Murphy (CM 2125)
              LENNON, MURPHY & LENNON, LLC
              The Gray Bar Building
              420 Lexington Ave., Suite 300
              New York, NY 10170
              (212) 490-6050
              facsimile (212) 490-6070
              kjl@lenmur.com
              cem@lenmur.com