(Berman, J)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROLLS-ROYCE MARINE (HELLAS) S.A.,

         Plaintiff,

   - against -

CORINTHIAN MARITIME S.A., and
NAUTILUS GLORY NAVIGATION, S.A.,

         Defendants.
-------------------------------------------------------------X

ECF CASE

07 CIV 8374 (RMB)

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The case has settled and, therefore, the attachment is hereby vacated and all garnishee banks are directed to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment issued herein. THE CLERK TO CLOSE THIS CASE.

Dated: November 27, 2007
      New York, NY

         The Plaintiff,
         ROLLS-ROYCE MARINE (HELLAS) S.A.,

         By: _____
         Charles E. Murphy (CM 2125)
         LENNON, MURPHY & LENNON, LLC
         The Gray Bar Building
         420 Lexington Ave., Suite 300
         New York, NY 10170
         (212) 490-6050
         facsimile (212) 490-6070
         cem@lenmur.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2007



SO ORDERED

Richard M. Berman

11/28/07